'Federal Court'
the superior court
at
'District Court of the united States'
'District of Alaska'
Fairbanks


RECEIVED
JUN 11 2018
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

```
i,man;charles albert,lind        )    the lind court
claimant;                        )
prosecutor;                      )
                                 )
     against                     )
                                 )    Nature of case; claim;
Jedediah J. Smith                )
Actor;North Pole Police Officer  )    claim; trespass;
c/o NORTH POLE POLICE DEPARTMENT )
125 SNOWMAN LANE                 )    notice; Filing fee;
NORTH POLE, AK   99705           )
                                 )         (verified)
     wrongdoer(s)                )
```

i,man, require,'court of record','trial by jury';

## Notice filing fee

The following bassed on Tomlynn Law Dictionary Pg. 320 4th. Ed.
i believe i have chosen a simple method to move my case through the court.
i have chosen to present i at the common law court in the capacity of a man
aggrieved, making simple wishes and demands, to order the restoration of my
Rights and to seek compensation for the declared wrongs. That being said, i
now present to the court my, i, man wish and respectfully demand of this court
1) To file my action, 2)Time stamp and file my original copies of the suit,
3) It is my wish to not be charged a fee and i do not want to diminish my standing to to that of a pauper. i want my standing to remain that of a man aggrieved. i do not believe i have been presented a bill for services render. i do
not believe that at this time that any officer of this court can claim i owe
this court a debt. i do believe tho this court was created for the use of man
and those of mankind to settle contentious matters in a civil manor with out a
fee. i declare, i present i, before this court to seek the restoration of my
Rights that are secured and protected by Constitution for the united States of
America and as all the officers of this court have bound them self to the

Page one of three                                          c.a.l.

'Federal Court'

the superior court

at

'District Court of the united States'

'District of Alaska'

Fairbanks

| | |
|---|---|
| i,man;charles albert,lind<br>claimant;<br>prosecutor;<br><br>    against<br><br>Jedediah J. Smith<br>Actor;North Pole Police Officer<br>c/o NORTH POLE POLICE DEPARTMENT<br>125 SNOWMAN LANE<br>NORTH POLE, AK 99705<br><br>    wrongdoer(s) | the lind court<br><br><br><br>Nature of case; claim;<br><br>claim; trespass;<br><br>notice; filing fee<br><br>(verified) |

i,man, require,'court of record','trial by jury';

### Notice continued

Contitution, i as man call upon the officers of this court to perform their duty. That being said. If the officers of this court still maintain that i am in error of my belief i will except their pleases. There for i have included with this notice a check for $400.00 filing fee demanded of me by the clerk of courts. For this matter between i an Jedediah J. Smith have gone on for to long. So please just toke the $400.00 because i need this case to move now. For once this suit to move now. for once this suit is settled every thing will be return- ed. If you wish to allow me to proceed fee free please return the check for $400.00 to;

    charles albert,lind
    c/o April Smith
    3633 Anton Ave,
    North pole,Alaska 99705

(seal) L.S. *charles albert*

non-negotiable autograph *charles albert,lind*
    charles albert,lind a living Alaskan,

living on the land, endowed with all his unalienable Rights.

see attachment 'A'
check#
R108016004888

Date 8 June 2018

Page two of three